William J. Keeler Jr. #057461
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500/Fax: (559) 432-4590
wkeeler@daklaw.com

Attorneys for Defendant ROBERTO GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br>　　　　　　Plaintiffs,<br>vs.<br>GARY SHUBIN, ROBERTO GARCIA, and JAMES SHUBIN,<br>　　　　　　Defendants. | Case No. 1:11-CV-01958-LJO-SKO<br><br>**DEFENDANT ROBERTO GARCIA'S ANSWER TO COMPLAINT IN INTERPLEADER** |

Defendant ROBERTO GARCIA hereby answers Plaintiff TRANSAMERICA LIFE INSURANCE COMPANY's Complaint in Interpleader as follows:

1. Defendant admits the allegations contained in paragraph 1.
2. Defendant admits the allegations contained in paragraph 2.
3. Defendant admits the allegations contained in paragraph 3.
4. Defendant admits the allegations contained in paragraph 4.
5. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 5. On that basis, Defendant denies the allegations contained in paragraph 5, except that Defendant admits that he is a beneficiary of one or more annuity policies established by Wood-Shubin.
6. Defendant admits the allegations contained in paragraph 6.
7. Defendant admits the allegations contained in paragraph 7.

8. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 8. On that basis, Defendant denies the allegations contained in paragraph 8.

9. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 9. On that basis, Defendant denies the allegations contained in paragraph 9.

10. Defendant admits the allegations contained in paragraph 10.

11. Defendant admits the allegations contained in paragraph 11.

12. Defendant admits the allegations contained in paragraph 12.

13. Defendant admits that the allegations contained in paragraph 13 accurately reflect the allegations contained in the Complaint described in said paragraph 13.

14. Defendant admits that Plaintiff owes the distribution of the death benefit proceeds. Except as so admitted, Defendant denies the allegations contained in paragraph 14.

15. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 15. On that basis, Defendant denies the allegations contained in paragraph 15.

Dated:   January 3, 2012                    DOWLING, AARON & KEELER, INC.

                                            By:  /s/ William J. Keeler, Jr.
                                                 WILLIAM J. KEELER JR.
                                                 Attorney for Defendant, ROBERTO GARCIA

15438-001\00895314.DOC.

