DAVID M. GILMORE, #105429
dgilmore@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Transamerica Life Insurance
Company, an Iowa corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY SHUBIN, ROBERTO GARCIA, and JAMES SHUBIN,<br><br>Defendants. | CASE NO. 1:11-CV-01958-LJO-SKO<br><br>**DECLARATION OF TRACY MARTIN IN SUPPORT OF MOTION FOR ORDER OF DISCHARGE AND AWARD OF COSTS AND ATTORNEY FEES**<br><br>Judge: Lawrence J. O'Neill<br>Date: March 26, 2012<br>Time: 8:30 a.m.<br>Dept: 4, Seventh Floor |

I, Tracy Martin, declare:

1. I am the Director of Post Operations for Transamerica Life Insurance Company, an Iowa corporation. I am authorized to provide this declaration on behalf of Transamerica Life Insurance Company.

2. In April of 1990, Pacific Fidelity Life Insurance Company issued an annuity policy to Jeri Wood-Shubin. Transamerica Life Insurance Company succeeded Pacific Fidelity Life Insurance Company and is now responsible for the annuity sold to Jeri Wood-Shubin.

3. Ms. Wood-Shubin died on June 29, 2011. At the time of her death, the most recent designation of beneficiaries named three equal beneficiaries. The three are James Shubin, Gary Shubin and Roberto Garcia. The approximate value of the annuity is

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9210-0\00271889.000

1:11-CV-01958-LJO-SKO
DECLARATION OF TRACY MARTIN

1  $342,000.

2  4.  As required by the policy, Transamerica forwarded claim forms to the three beneficiaries a short time after being informed of the death of Ms. Wood-Shubin. The completed claim form for Mr. Garcia was returned. Shortly after Transamerica received that claim form, however, it learned that a suit had been filed by Evelyn Lauderdale as trustee of Ms. Shubin's trust against Mr. Garcia. The complaint alleges various causes of action against Mr. Garcia the essence of which is that Mr. Garcia unduly influenced Ms. Shubin with regard to the disposition of her property.

5.  In reviewing the lawsuit, it appears that the time frame during which the alleged undue influence occurred coincides with the last beneficiary change for the annuity at issue. The addition of Mr. Garcia as a beneficiary on the annuity came about while, according to the complaint, Mr. Garcia was unduly influencing Ms. Shubin.

6.  The timing of the beneficiary change and the allegations of the suit caused Transamerica to be concerned that if it paid the annuity out as per the most recent beneficiary statement and it was later established that Mr. Garcia had in fact unduly influenced Ms. Shubin, there was a risk that, at least as to that portion of the annuity, Transamerica would be at risk of double payment. Rather than assume that risk, Transamerica elected to place the funds with the court and permit the parties to either agree to the distribution or fight about it.

7.  Transamerica makes no claims to the funds except to the extent necessary to cover its costs and fees incurred in bringing this proceeding. It acknowledges that the balance of the annuity is due to whichever beneficiaries the court determines should receive the funds. Transamerica is prepared to deposit the funds, net of its costs and expenses, with the court immediately.

If called upon to do so, I would testify to the above from my own personal knowledge. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___th day of February, 2012, at Cedar Rapids, IA.

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9210-0\00271889.000        2        1:11-CV-01958-LJO-SKO
                                      DECLARATION OF TRACY MARTIN

1
2  _Tracy Martin_ (signature)
3  Tracy Martin
   Director for Post Operations,
4  Transamerica Insurance Company
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9210-0\00271889.000

3

1:11-CV-01958-LJO-SKO
DECLARATION OF TRACY MARTIN