# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>   v.<br><br>GARY SHUBIN, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:11-cv-01958-LJO-SKO<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING FROM PLAINTIFF REGARDING SERVICE OF PROCESS ON DEFENDANT JAMES SHUBIN**<br><br>(Docket Nos. 24, 25) |

On April 11, 2012, Plaintiff Transamerica Life Insurance Company ("Plaintiff") filed a request for entry of default against Defendant James Shubin. (Docs. 24, 25.) The Proof of Service provided by Plaintiff indicates that Defendant James Shubin was served via substituted service on January 19, 2012, and that a copy of the Summons and Complaint were left with a person residing at James Shubin's "usual place of abode" and "who is **15 years of age or older** to wit: Karon Shubin/co-resident/spouse." (Doc. 25, Exh. 1 (emphasis added).)

California Code of Civil Procedure § 415.20(b) requires that the Summons and Complaint be left with someone "at least 18/ years of age." Further, Federal Rule of Civil Procedure 4(e)(2)(B) provides that party may be served at his dwelling by leaving a copy of the Summons and Complaint

1  with "someone of suitable age and discretion who resides there."  Here, it is not clear from the Proof
2  of Service provided by Plaintiff whether Karon Shubin is at least 18 years of age or, if between the
3  ages of 15 to 17, was of "suitable age and discretion" to accept service on behalf of Defendant James
4  Shubin.
5      Accordingly, IT IS HEREBY ORDERED that Plaintiff provide the Court with a
6  supplemental declaration from the process server as to whether Karon Shubin was at least 18 years
7  of age and/or of suitable age and discretion to accept service.

10  IT IS SO ORDERED.
11  **Dated:   April 16, 2012**           /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE