# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>                 Plaintiff,<br><br>    v.<br><br>GARY SHUBIN, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:11-cv-01958-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR DISCHARGE AND AWARD OF ATTORNEY'S FEES BE GRANTED**<br><br>(Docket No. 38) |

On July 10, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff Transamerica Life Insurance Company's ("Plaintiff") motion for discharge and award of attorney's fees be granted. (Doc. 38.) Plaintiff seeks (1) to be discharged as the stakeholder in this interpleader action, (2) to be awarded costs and attorney's fees from the proceeds of the deferred life insurance annuity ("Annuity") payable on behalf of Annuitant/Owner Jeri Wood-Shubin ("Wood-Shubin"), and (3) to deposit the net balance of the Annuity with the Court. (Doc. 15.)

The Findings and Recommendations were served on Plaintiff and Defendant Roberto Garcia, and the Court ordered Plaintiff to serve the Findings and Recommendations via U.S. mail on defaulted Defendants Gary Shubin and James Shubin. (Doc. 38, 17:24-22.) The Findings and Recommendations contained notice that any objections were to be filed within twenty-one (21) days after service of the order. (Doc. 38, 17:23-18:2.) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations issued July 10, 2012, are ADOPTED IN FULL;

1

2. Plaintiff's motion for order of discharge and award of costs and attorney's fees is GRANTED;

3. Plaintiff is AWARDED attorney's fees in the total amount of $6,506.75;

4. Plaintiff is AWARDED costs in the total amount of $657.50;

5. Plaintiff's award for attorney's fees and costs shall be deducted from the total Annuity;

6. Within fourteen (14) days of the date of this order, Plaintiff shall:

    a. Distribute the Annuity, deducting $7,164.25 from the Annuity for total attorney's fees and costs, distributing two-thirds of the remaining Annuity to Defendants Gary Shubin and James Shubin (each with equal, one-third shares), and depositing the balance of the Annuity (Defendant Roberto Garcia's purported one-third share) with the Court;

    b. Provide the Court with an accounting of the Annuity, indicating the total amount of the Annuity on the date of distribution, the amount deducted from the Annuity for attorney's fees and costs, the amount distributed from the Annuity to Defendants Gary Shubin and James Shubin, and the amount deposited with the Court; and

    c. Provide the Court with the mailing addresses for Defendants Gary Shubin and James Shubin.

7. Upon distributing the Annuity to Defendants Gary Shubin and James Shubin and depositing Defendant Roberto Garcia's share of the Annuity with the Court, Plaintiff is DISCHARGED and DISMISSED from this action; and

8. Plaintiff is ORDERED to serve via United States mail a copy of this order on Defendants Gary Shubin and James Shubin.

IT IS SO ORDERED.

Dated:  **August 6, 2012**                        /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE