## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | CASE NO. 1:11-cv-01958-LJO-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE OR FILE REQUESTED INFORMATION** |
| v. | |
| GARY SHUBIN, et al., | (Docket No. 38) |
| Defendants. | |

On August 6, 2012, the Court issued an order adopting the findings and recommendations of the Magistrate Judge that Plaintiff Transamerica Life Insurance Company's ("Plaintiff") motion for discharge and award of attorney's fees be granted. (Doc. 39.) The Court also ordered that, within fourteen (14) days of the date of the order, Plaintiff was to:

1. Distribute the deferred life insurance annuity payable on behalf of Annuitant/Owner Jeri Wood-Shubin ("Annuity"), deducting $7,164.25 from the Annuity for total attorney's fees and costs, distributing two-thirds of the remaining Annuity to Defendants Gary Shubin and James Shubin (each with equal, one-third shares), and depositing the balance of the Annuity (Defendant Roberto Garcia's purported one-third share) with the Court;

2. Provide the Court with an accounting of the Annuity, indicating the total amount of the Annuity on the date of distribution, the amount deducted from the Annuity for attorney's fees and costs, the amount distributed from the Annuity to Defendants Gary Shubin and James Shubin, and the amount deposited with the Court; and

3. Provide the Court with the mailing addresses for Defendants Gary Shubin and James Shubin.

(Doc. 39, 2:7-20.)

On August 24, 2012, Plaintiff deposited interpleader funds in the amount $118,467.48 with

the Court.[1] Plaintiff, however, has not complied with the additional requirements set forth in the August 6, 2012, Court order. Specifically, Plaintiff has not filed with the Court an accounting of the Annuity as described above, nor has Plaintiff filed the mailing addresses for Defendants Gary Shubin and James Shubin.

Plaintiff is cautioned that it will not be discharged and dismissed from this action until it provides the Court with the required information. Further, the Local Rules of the United States District Court, Eastern District of California, Rule 110 provides that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Plaintiff shall:

1. SHOW CAUSE as to why sanctions should not be imposed for failure to comply with the Court's August 6, 2012, order; **OR**

2. FILE a supplemental brief providing the information required in the Court's August 6, 2012, order. Plaintiff shall:

   a. Provide the Court with an accounting of the Annuity, indicating the dates of all distributions, the total amount of the Annuity on the dates of distribution, the amount deducted from the Annuity for attorney's fees and costs, the amount distributed from the Annuity to Defendants Gary Shubin and James Shubin, and the amount deposited with the Court; and

   b. Provide the Court with the mailing addresses for Defendants Gary Shubin and James Shubin.

IT IS SO ORDERED.

**Dated:   August 30, 2012**           /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the date that Plaintiff deposited the interpleader funds exceeded the fourteen (14) day time period set forth in the August 6, 2012, Court order.