# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | CASE NO. 1:11-cv-01958-LJO-SKO |
| Plaintiff, | **ORDER DISCHARGING AND DISMISSING PLAINTIFF FROM THIS ACTION** |
| v. | |
| GARY SHUBIN, et al., | |
| Defendants. | |

On August 6, 2012, the Court issued an order adopting the findings and recommendations of the Magistrate Judge that Plaintiff Transamerica Life Insurance Company's ("Plaintiff") motion for discharge and award of attorney's fees be granted, and further ordered Plaintiff to deposit the interpleaded funds of one-third of the deferred life insurance annuity payable on behalf of Annuitant/Owner Jeri Wood-Shubin (the "Annuity") with the Court, and to provide the Court with an accounting of the Annuity and with the mailing addresses for Defendants Gary Shubin and James Shubin. Plaintiff deposited the purportedly disputed funds with the Court and has now provided the Court with the required information. (Docs. 44, 45.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Transamerica Life Insurance Company is DISCHARGED and DISMISSED from this interpleader action with prejudice;

2. Defendants-in-interpleader Gary Shubin, James Shubin, and Roberto Garcia are enjoined from instituting or prosecuting any proceeding in any State or United States court against Transamerica Life Insurance Company with respect to all disputed funds deposited with the Court; and

3 This case shall **not** be administratively closed.

IT IS SO ORDERED.

**Dated:   October 9, 2012**                         /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE