# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GARY SHUBIN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv-01958-LJO-SKO<br><br>**ORDER RE-SETTING TIME <u>ONLY</u> FOR THE DECEMBER 5, 2012, HEARING** |

On October 19, 2012, the Court issued an order setting a hearing regarding the potential claims for the disputed portion of the deferred life insurance annuity payable on behalf of Annuitant/Owner Jeri Wood-Shubin. (Doc. 48.) The hearing was set for December 5, 2012, at 9:30 a.m.

Due to a conflict in the Court's schedule, the **time** of the hearing is RESET to **2:00 p.m.** As such, the hearing will now be held on **December 5, 2012, at 2:00 p.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto**. All other provisions and deadlines set forth in the October 19, 2012, order (Doc. 48) remain in effect.

The Clerk of the Court is DIRECTED to serve a copy of this order on Gary Shubin and James Shubin as follows:

  1.  Gary Shubin
     2515 N. Vagedes
     Fresno, CA 93750

  2.  James Shubin
     c/o John Phillips
     Wild, Carter & Tipton
     246 W. Shaw Avenue
     Fresno, CA 93704.

IT IS SO ORDERED.

**Dated: October 22, 2012**       /s/ Sheila K. Oberto
                       UNITED STATES MAGISTRATE JUDGE