John W. Phillips (SBN 147117)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: jphillips@wctlaw.com

Attorneys for Defendant
Gary Shubin and James Shubin

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY SHUBIN, ROBERTO GARCIA, and JAMES SHUBIN,<br><br>Defendants. | Case Number 1:11-CV-01958-LJO-SKO<br><br>**DEFENDANTS GARY SHUBIN AND JAMES SHUBIN'S ANSWER TO COMPLAINT IN INTERPLEADER** |

Defendants Gary Shubin and James Shubin hereby answers Plaintiff Transamerica Life Insurance Company's Complaint in Interpleader as follows:

1. Defendants admit the allegations contained in paragraph 1.
2. Defendants admit the allegations contained in paragraph 2.
3. Defendants admit the allegations contained in paragraph 3.
4. Defendants admit the allegations contained in paragraph 4.
5. Defendants admit the first two sentences of paragraph 5. Defendants deny the third sentence of paragraph 5. Defendants admit the remainder of paragraph 5.
6. Defendants admit the allegations contained in paragraph 6.
7. Defendants admit the allegations contained in paragraph 7.
8. Defendants admit the allegations contained in paragraph 8.

9. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 9. On that basis, Defendants deny the allegations contained in paragraph 9.

10. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 10. On that basis, Defendants deny the allegations contained in paragraph 10.

11. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 11. On that basis, Defendants deny the allegations contained in paragraph 11.

12. Defendants admit the allegations contained in paragraph 12.

13. Defendants admit the allegations contained in paragraph 13.

14. Defendants admit the allegations contained in paragraph 14.

15. Defendants admit the allegations contained in paragraph 15.

Dated: December 7, 2012

WILD, CARTER & TIPTON
A Professional Corporation

By _____
JOHN W. PHILLIPS
Attorneys for Gary Shubin and James Shubin

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704

DEFENDANTS GARY SHUBIN AND JAMES SHUBIN'S ANSWER TO COMPLAINT IN INTERPLEADER

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is: 246 West Shaw Avenue, Fresno, California 93704.

On **December 7, 2012**, I served the document(s) described as:

**DEFENDANTS GARY SHUBIN AND JAMES SHUBIN'S ANSWER TO COMPLAINT IN INTERPLEADER**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at: Fresno, California, addressed as follows:

William J. Keeler, Jr., Esq.  Telephone: (503)228-3939 x3151
Garvey Schubert Barer   Facsimile: (503)226-0259
11th Floor, 121 SW Morrison Street
Portland, OR 97204

_____ (BY MAIL) I am readily familiar with this business's practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the U. S. Postal Service on the date hereinabove in the ordinary course of business, at Fresno, California.

__X__ (BY ELECTRONIC SERVICE) I caused the above-referenced document(s) to be electronically served through the Pacer system used by the United States Eastern District Court of California pursuant to Fed.R.Civ.P 5(b)(2)(E) and Local Rule 5-135(g)(1)

_____ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

_____ (BY FACSIMILE) I caused the above-referenced document(s) to be faxed to the offices of the addressee(s).

Executed on **December 7, 2012**, at Fresno, California.

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Ruth Newton*
**RUTH NEWTON**

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704