John W. Phillips (SBN 147117)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: jphillips@wctlaw.com

Attorneys for Defendant
Gary Shubin and James Shubin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY SHUBIN, ROBERTO GARCIA, and JAMES SHUBIN,<br><br>Defendants. | Case Number 1:11-CV-01958-LJO-SKO<br><br>**STIPULATION PURSUANT TO ORDER REQUIRING DEFENDANTS TO FILE A RENEWED STIPULATION FOR DISTRIBUTION OF FUNDS AND DISMISSAL OF ACTION** |

The remaining parties to this action, through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff Transamerica Life Insurance Company filed a Complaint in Interpleader on November 23, 2011. The named Defendants are Gary Shubin, James Shubin and Roberto Garcia.

2. Pursuant to Order Granting Stipulation to Set Aside the Defaults of Defendants Gary Shubin and James Shubin (Docket No. 52), said parties filed responsive pleadings in this action on December 7, 2012.

3. Roberto Garcia is represented by William J. Keeler of Garvey Schubert Barer. Gary Shubin and James Shubin are represented by John W. Phillips of Wild, Carter & Tipton.

STIPULATION

4.       On July 10, 2012, Magistrate Judge Sheila K. Oberto issued findings and recommendations that the Motion for Discharge and Award of Attorney's Fees previously filed by Plaintiff be granted, and Ordered that Plaintiff serve a copy of the Court's Order on Gary and James Shubin.  No objections were filed during the objection period.  On August 6, 2012, District Judge Lawrence J. O'Neill issued an Order adopting the findings and recommendation and further ordered Plaintiff to deposit one-third of the Annuity (the disputed portion purportedly owed to Garcia) with the Court, and to distribute the remaining two-thirds of the Annuity to James and Gary Shubin, and to provide the Court with an accounting of the Annuity and with the mailing addresses for James and Gary.

5.       On August 24, 2012, Plaintiff deposited $118,467.48 - the disputed funds - with the Court.

6.       Pursuant to this Court's Order requiring Defendants to file a renewed stipulation for distribution of the funds and dismissal of action dated December 6, 2012 (Docket No. 55), counsel for James and Gary Shubin on the one part, and counsel for Roberto Garcia on the other part, hereby submit to the court, a proposed Stipulation for Distribution of Remaining Funds and Dismissal of Action; Proposed Order Thereon.

7.       Remaining Defendants, through their respective counsel of record, hereby stipulate and agree that the disputed annuity funds be distributed, pursuant to California Code of Civil Procedure §386, to the Fresno County Superior Court, for deposit with the Clerk of that Court in connection with the consolidated cases captioned **Lauderdale v. Garcia**, Fresno County Superior Court Case No. 11CECG02841.[1]

///

///

---

[1] The parties note that a Notice of Settlement was filed with the Fresno County Superior Court in consolidated cases captioned **Lauderdale v. Garcia**, Fresno County Superior Court Case No. 11CECG02841 on December 11, 2012, and will request that the Fresno County Superior Court administer distribution of the disputed funds in connection with the terms of the global settlement agreement between the parties.

IT IS SO STIPULATED.

Dated: December 13, 2012

WILD, CARTER & TIPTON
A Professional Corporation

By *[signature]*
JOHN W. PHILLIPS
Attorneys for Gary Shubin and James Shubin

Dated: December 13, 2012

GARVEY SCHUBERT BARER

By *[signature]*
WILLIAM J. KEELER
Attorneys for Roberto Garcia

ORDER

The court, having considered the Stipulation of the parties as set forth above, and finding good cause appearing, hereby orders as follows:

    a. The Clerk of this Court is ordered to deposit the disputed annuity funds as described herein with the Clerk of the Fresno County Superior Court in connection with the consolidated cases captioned *Lauderdale v. Garcia*, Fresno County Superior Court Case No. 11CECG02841, forthwith;

    b. Subsequent thereto, this action shall be dismissed in its entirety; and

    c. This court shall retain jurisdiction to enforce this Order as necessary.

FOR GOOD CAUSE, IT IS SO ORDERED.

_____
United States Magistrate Judge

STIPULATION