John W. Phillips (SBN 147117)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: jphillips@wctlaw.com

Attorneys for Defendant
Gary Shubin and James Shubin



FILED
DEC 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GARY SHUBIN, ROBERTO GARCIA, and JAMES SHUBIN,<br><br>　　　　　　Defendants. | Case Number 1:11-CV-01958-LJO-SKO<br><br>**STIPULATION PURSUANT TO ORDER REQUIRING DEFENDANTS TO FILE A RENEWED STIPULATION FOR DISTRIBUTION OF FUNDS AND DISMISSAL OF ACTION**<br><br>(Docket No. 57)<br><br>**ORDER REQUIRING THE CLERK OF THE COURT TO WITHDRAW FUNDS ON DEPOSIT AND SEND FUNDS TO THE FRESNO COUNTY SUPERIOR COURT**<br><br>**ORDER DISMISSING ACTION** |

The remaining parties to this action, through their respective counsel of record, hereby stipulate and agree as follows:

　　　　1.　　Plaintiff Transamerica Life Insurance Company filed a Complaint in Interpleader on November 23, 2011. The named Defendants are Gary Shubin, James Shubin and Roberto Garcia.

STIPULATION AND ORDER

2. Pursuant to Order Granting Stipulation to Set Aside the Defaults of Defendants Gary Shubin and James Shubin (Docket No. 52), said parties filed responsive pleadings in this action on December 7, 2012.

3. Roberto Garcia is represented by William J. Keeler of Garvey Schubert Barer. Gary Shubin and James Shubin are represented by John W. Phillips of Wild, Carter & Tipton.

4. On July 10, 2012, Magistrate Judge Sheila K. Oberto issued findings and recommendations that the Motion for Discharge and Award of Attorney's Fees previously filed by Plaintiff be granted, and Ordered that Plaintiff serve a copy of the Court's Order on Gary and James Shubin. No objections were filed during the objection period. On August 6, 2012, District Judge Lawrence J. O'Neill issued an Order adopting the findings and recommendation and further ordered Plaintiff to deposit one-third of the Annuity (the disputed portion purportedly owed to Garcia) with the Court, and to distribute the remaining two-thirds of the Annuity to James and Gary Shubin, and to provide the Court with an accounting of the Annuity and with the mailing addresses for James and Gary.

5. On August 24, 2012, Plaintiff deposited $118,467.48 - the disputed funds - with the Court.

6. Pursuant to this Court's Order requiring Defendants to file a renewed stipulation for distribution of the funds and dismissal of action dated December 6, 2012 (Docket No. 55), counsel for James and Gary Shubin on the one part, and counsel for Roberto Garcia on the other part, hereby submit to the court, a proposed Stipulation for Distribution of Remaining Funds and Dismissal of Action; Proposed Order Thereon.

7. Remaining Defendants, through their respective counsel of record, hereby stipulate and agree that the disputed annuity funds be distributed, pursuant to California Code of Civil Procedure §386, to the Fresno County Superior Court, for deposit with the Clerk of that Court in connection with the consolidated cases captioned *Lauderdale v. Garcia*, Fresno County

Superior Court Case No. 11CECG02841.[1]

IT IS SO STIPULATED.

Dated: December 13, 2012        **WILD, CARTER & TIPTON**
                                A Professional Corporation


                                By _____/s/ John W. Phillips_____
                                   JOHN W. PHILLIPS
                                   Attorneys for Gary Shubin and James
                                   Shubin


Dated: December 13, 2012        **GARVEY SCHUBERT BARER**


                                By _____/s/ William J. Keeler_____
                                   WILLIAM J. KEELER
                                   Attorneys for Roberto Garcia


## ORDER

Pursuant to the above Stipulation and the Court's findings, IT IS HEREBY ORDERED that:

1. This action is DISMISSED in its entirely;

2. The Clerk of the Court is DIRECTED to:

    a. ISSUE a check made payable to the "Fresno County Superior Court" withdrawing all funds on deposit in this action, including interest, minus the registry fee;

    b. INDICATE in the Memo portion of the check that the funds are for an "interpleader deposit in Fresno County Superior Court case captioned *Lauderdale v. Garcia*, Case No. 11CECG02841";

---

[1] The parties note that a Notice of Settlement was filed with the Fresno County Superior Court in consolidated cases captioned *Lauderdale v. Garcia*, Fresno County Superior Court Case No. 11CECG02841 on December 11, 2012, and will request that the Fresno County Superior Court administer distribution of the disputed funds in connection with the terms of the global settlement agreement between the parties.

3

STIPULATION AND ORDER

      c.    MAIL the check to the Fresno County Superior Court at the following address:

         Attn: Greg Rutherford
         Fresno Superior Court
         Unlimited Civil Division, 4th floor
         1130 O Street
         Fresno, CA 93724-2220;

      d.    SERVE a copy of this order on the Fresno County Superior Court[2]; and

      e.    CLOSE this action; and

3.    The Court shall retain jurisdiction to enforce this order as necessary.

IT IS SO ORDERED.

Dated: December 19, 2012

                                    Lawrence J. O'Neill
                                    U.S. District Judge

---

[2] California Code of Civil Procedure Section 386.1 pertains to the investment of interpleader deposits and states: "Where a deposit has been made pursuant to Section 386, the court shall, *upon the application of any party to the action*, order such deposit to be invested in an insured interest-bearing account. Interest on such amount shall be allocated to the parties in the same proportion as the original funds are allocated." (emphasis added). Accordingly, the parties are advised that they are responsible for contacting with the Fresno County Superior Court regarding these funds and filing any applications in the state court as required by state law.

4

STIPULATION AND ORDER